**ORDERED ACCORDINGLY.**



Dated: September 25, 2009

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

---

**TIFFANY & BOSCO**
**P.A.**
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19794/185668354

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Christopher Lee Chattom and Sara Beth Chattom<br>            Debtors.<br>_____<br>BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br>            Movant,<br>    vs.<br>Christopher Lee Chattom and Sara Beth Chattom, Debtors; David M. Reaves, Trustee.<br><br>            Respondents. | No. 09-bk-16652-GBN<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #9) |

This matter having come before the Court for a Preliminary Hearing on September 24, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Haines Meyer, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated August 19, 2008, and recorded on August 27, 2008 in Instrument No. 20080745577, in the office of the Maricopa County Recorder at wherein BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. is the current beneficiary and Christopher Lee Chattom and Sara Beth Chattom have an interest in, further described as:

THE EAST FEET OF LOT 7, SOUTH PIERSON PLACE, A SUBDIVISION RECORDED IN BOOK 17 OF MAPS, PAGE 45, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT